**JACK RESER**
Logan County Auditor | Logan County, Ohio

Search by parcel number, c

| 2022 | ∨ | Parcel Number<br>01-071-00-00-015-009 | Legal Description<br>0002 28-2-8 | Location<br>13097 C R 59 | Acres<br>7.0220 |
|---|---|---|---|---|---|
| Summary | | Owner<br>BERRY RONALD M JR | | | |

Map this parcel

- Tax
- Transfers — 2
- History — 2
- Payment History — 48
- Value History
- CAUV Soil Breakdown
- Utilities — 6
- Land — 3
- Commercial Buildings
- Dwellings
- Other Improvements — 2
- Sketch — 1
- Levy Distribution
- Tax Estimator
- Map this Parcel
- Tax Card

## 2023 Election Ballot on 11/07/2023

This levy information is specific to this particular property only. These cost estimates should be considered neither an endorsement nor an opposition to any particular proposed tax levy. Hopefully this information will prove beneficial and help you make an informed decision come Election Day.

| Political Subdivision | Name | Timeline | Millage | Type | Purpose | Current | Proposed |
|---|---|---|---|---|---|---|---|
| INDIAN LAKE S D | INDIAN LAKE S D EMERGENCY | 5 years (Tax years 2024 - 2028) | 4.8000 mils | Renewal | INDIAN LAKE S D EMERGENCY | 150.16 | 150.16<br>No Change |

Property

Tax District
01-BLOOMFIELD TWP ILSD

School District
INDIAN LAKE S D

Neighborhood
03300-BLMFLDTP

Subdivision

Map Number
07100

Routing Number
00015

Manufactured Home
02077

Deed

Legal Description
0002 28-2-8

Acres
7.0220

Date Sold
10/03/2001

Sales Amount
32,000.00

Volume / Page
524 / 189

Owner

Contact
BERRY RONALD M JR
13097 COUNTY ROAD 59
DE GRAFF OH 43318-9691

Owner Name
RONALD M BERRY JR

Taxpayer

Contact

1/2

BERRY DONALD M JR
13097 COUNTY ROAD 59
DE GRAFF OH 43318-9691

Values

Land Use
599-OTHER RESIDENTIAL STRUCTURES

Tentative Values Available

|  | Appraised | Assessed |
|---|---:|---:|
| **Land** | 72,140 | 25,250 |
| **Improvement** | 12,140 | 4,250 |
| **Total** | 84,280 | 29,500 |
| **CAUV** (N) | 0 | 0 |
| **Homestead** (N) | 0 | 0 |
| **Owner Occupancy** (N) | 0 | 0 |
| **Taxable** | 84,280 | 29,500 |

Current Charges

Full Rate
61.750000

Effective Rate
40.585191

Qualifying Rate
35.940512

Pay Online: [ Add to cart ]

|  | Prior | First | Second | Total |
|---|---:|---:|---:|---:|
| **Tax** | 4,921.42 | 545.64 | 545.64 | 6,012.70 |
| **Special** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Penalty / Interest** | 406.97 | 54.56 | 114.58 | 576.11 |
| **Total** | 5,328.39 | 600.20 | 660.22 | 6,588.81 |
| **Paid** | 0.00 | 0.00 | 0.00 | 0.00 |
| **Due** | 5,328.39 | 600.20 | 660.22 | 6,588.81 |
| **Due On** |  |  |  | Past Due |

Adding on? Try our tax estimator.

100 S. Madriver St.
Bellefontaine, OH 43311
**Hours:** Monday - Friday 8:30AM - 4:30PM
**Phone:** (937) 599-7209

**Important Links**
County's Website
Auditor's Website

Last Updated: 09/11/2023 10:30:03 PM
Powered By: ISSG Inc