# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

**IN RE:**

| | |
|---|---|
| **RONALD M BERRY, JR** | **CASE NO. 23-53204-MNK-13** |
| *aka* **RONALD M. BERY** | |
| *aka* **RON M BERRY** | |
| **Debtor** | |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned, Christopher M. Hill, hereby enters his appearance as counsel of record for the Creditor, MY Rent to Own, LLC, and respectfully requests that all pleadings, orders, process and other papers required to be served herein be served upon him at the address noted below.

Respectfully Submitted,

/s/ Christopher M. Hill

Christopher M. Hill
Ohio Bar #74838
Christopher M. Hill & Associates, LLC
P.O. Box 817
Frankfort, KY 40602
502-226-6100/telephone
502-223-0700/facsimile
chrish@hillslaw.com
*Counsel for My Rent to Own, LLC*

(TLR) 23-00778/ 23-53204-MNK-13/ MRTO/ Berry

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served on the debtor, counsel for debtor, the trustee and other parties in interest, by either ordinary U.S. Mail, postage pre-paid, or via electronic filing on this 18th day of December, 2023.

Ronald M. Berry, Jr
13097 County Road 59
De Graff, OH 43318
*Debtor*

Scott R Needleman
5300 E Main St Suite 109
Columbus, OH 43213
*Counsel for Debtor*

*Trustee*
Edward A. Bailey
Edward A. Bailey - Chapter 13 Trustee
550 Polaris Parkway Ste 500
Westerville, OH

*U.S. Trustee*
U.S. Trustee for the Southern District of Ohio
170 North High St., Suite 200
Columbus, OH 43215

/s/ Christopher M. Hill
_____
Christopher M. Hill
*Counsel for My Rent to Own, LLC*

(TLR) 23-00778/ 23-53204-MNK-13/ MRTO/ Berry