**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Ronald M Berry Jr | : | CASE NO: 23-53204 |
| | : | CHAPTER 13 |
| | : | JUDGE: Mina Nami Khorrami |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Edward A. Bailey, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | Credit Care<br>21 Hunter Pl, Ste 1<br>PO Box 117<br>Bellefontaine, OH  43311 | Not filed | 100.00 % | 8.50 % | Unsecured |
| 00007 | Credit Care<br>21 Hunter Pl, Ste 1<br>PO Box 117<br>Bellefontaine, OH  43311 | 2,651.73 | 100.00 % | 8.50 % | Unsecured |
| 00011 | Damascus Family Medicine Inc<br>c/o Wakefield & Associates LLC<br>1105 Schrock Rd Suite 700<br>Columbus, OH  43229 | 158.42 | 100.00 % | 8.50 % | Unsecured |
| 00001 | Flagship Credit Acceptance<br>PO Box 975658<br>Dallas, TX  75397-5658 | 18,529.38 | 100.00 % | 8.50 % | Secured-PMSI |
| 00002 | LOGAN COUNTY TREASURER<br>100 S MADRIVER RM 104<br>BELLEFONTAINE, OH  43311 | 6,588.81 | 100.00 % | 0.00 % | Secured |
| 00012 | LOGAN COUNTY TREASURER<br>100 S MADRIVER RM 104<br>BELLEFONTAINE, OH  43311 | 1,762.12 | 100.00 % | 0.00 % | Secured |
| 00003 | My Rent to Own - 4<br>PO BOX 147<br>Apple Creek, OH  44606 | 4,500.00 | 100.00 % | 8.50 % | Secured-506 |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 10003 | My Rent to Own - 4<br>PO BOX 147<br>Apple Creek, OH  44606 | 4,701.75 | 100.00 % | 0.00 % | Unsecured |
| 00009 | Ohio Attorney General<br>Collections Enforcement<br>30 E Broad St 14th Floor<br>Columbus, OH  43215 | 1,837.81 | 100.00 % | 8.50 % | Unsecured |
| 00005 | Ohio Attorney General<br>Collections Enforcement<br>30 E Broad St 14th Floor<br>Columbus, OH  43215 | 571.34 | 100.00 % | 0.00 % | Priority (new) |
| 00004 | Showpace Rent to Own<br>1804 S. Main Street<br>Bellefontaine, OH  43311 | Not filed | 100.00 % | 8.50 % | Secured-PMSI |
| 00008 | UMR<br>PO BOX 30541<br>Salt Lake City, UT  84130-0541 | Not filed | 100.00 % | 8.50 % | Unsecured |
|  | TOTAL | 41,301.36 |  |  |  |
| 00000 | Scott R Needleman<br>5300 E Main St<br>Suite 109<br>Columbus, OH  43213 | 3,350.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: April 10, 2024

/s/Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Ronald M Berry Jr | : | CASE NO: 23-53204 |
| | : | CHAPTER 13 |
| | : | JUDGE: Mina Nami Khorrami |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on April 10, 2024 addressed to:

Ronald M Berry Jr
13097 County Road 59
De Graff, OH  43318

**See Creditor Matrix Attached**

/s/Edward A. Bailey
EDWARD A. BAILEY TRUSTEE
550 POLARIS PARKWAY
SUITE 500
WESTERVILLE, OH  43082-7045
(614)436-6700

| | | |
|---|---|---|
| Ohio Dept. of Taxation(p)<br>ATTN: Bankruptcy Division<br>PO Box 530<br>Columbus, OH  432160530 | FLAGSHIP CREDIT ACCEPTANCE<br>PO BOX 3807<br>COPPELL<br>TX<br>COPPELL, TX  750190000 | DAMASCUS FAMILY MEDICINE INC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN  379501272 |
| Mary Rutan Hospital<br>205 Palmer Avenue<br>Bellefontaine, OH  433110000 | Logan County Treasurer<br>100 South Madriver Street<br>STE 104<br>Bellefontaine, OH  433110000 | Ohio Department of Taxation, Bankruptcy Div<br>P.O. Box 530<br>Columbus, OH  432160000 |
| Credit Care<br>21 Hunter Pl, Suite 1<br>PO BOX 117<br>Bellefontaine, OH  433110000 | Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH  432160000 | My Rent to Own, LLC<br>c/o Hagwood and Tipton, P.C.<br>PO BOX 726<br>Paris, TN  382420000 |
| Ronald M Berry Jr<br>13097 County Road 59<br>De Graff, OH  433180000 | My Rent to Own - 4<br>PO BOX 147<br>Apple Creek, OH  446060000 | Showpace Rent to Own<br>1804 S. Main Street<br>Bellefontaine, OH  433110000 |
| UMR<br>PO BOX 30541<br>Salt Lake City, UT  841300541 | Flagship Credit<br>PO BOX 3807<br>Coppell, TX  750190000 | |